Tape 3704S (2775-3400)

**FILED**
NOV 27 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HON. MAG. JUDGE: Charles S. Coody          AT: Montgomery, AL

DATE COMMENCED: 11/27/01          AT: 4:00 p.m.

DATE COMPLETED: 11/27/01          AT: 4:19 p.m.

ROBERT HENDERSON, et al         )
                                )
              vs                )   CA NO. 01-S-176-N
                                )
THE TRAVELERS INS COMPANY, etal )
                                )
                                )

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Spence Singleton | | Susan Haygood |

### COURT OFFICIALS PRESENT
C. E. Asbelle, Jr. - Courtroom Deputy
Corrie Long - Law Clerk

### PROCEEDINGS
( ) Non-Jury Trial
( X ) Other Proceedings

### ORAL ARGUMENT OF DEFT'S M/TO DISMISS

4:00 p.m. - Hearing begins. Court to grant Travelers motion to dismiss without prejudice.
            Written order to follow.
4:10 p.m. - Hearing in recess.

